# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ) <br> DERRICK LIVINGSTON, JR., ) <br> ) <br> Defendant. ) | Criminal Action No. 20-20- UNA |

## INFORMATION

The United States Attorney for the District of Delaware Charges that:

### COUNT ONE

On or about September 5, 2019, in the District of Delaware, the defendant, DERRICK LIVINGSTON, JR., did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count One of this Information, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 843 and 28 U.S.C. § 2461(c) any property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the above offense, and all property, real or personal, that was used to facilitate or was intended to be used to facilitate the commission of said offense. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

1

FILED

FEB 1 4 2020

U.S. DISTRICT COURT DISTRICT OF DE

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or,

(e) has been commingled with other property which cannot be divided without difficulty it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

        DAVID C. WEISS
        UNITED STATES ATTORNEY

By: */s/ Ruth Mandelbaum*
    Jennifer Welsh
    Ruth Mandelbaum
    Assistant United States Attorneys

Dated: February 14, 2020