**DEFENDANT INFORMATION SHEET**
**NOT TO BE DOCKETED**

CR20-20-UNA

| TO: Clerk, U.S. District Court | X | Felony | | Class A Misdemeanor | | |

| DEFENDANT: | Derrick Livingston, Jr. | | | Indictment | X | Information |

**DOB (Year Only)** 1995    **COUNTY OF OFFENSE:**    New Castle

## OFFENSE(S) & CITATION(S):    ## MAXIMUM PENALTY:

| | |
|---|---|
| Count One: Distribution of 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). | Maximum 40 years imprisonment (minimum of 5 years imprisonment), a lifetime of supervised release (minimum of 4 years supervised release), a fine of $5,000,000, and a $100 special assessment. |
| | |
| | |
| | |

## INSTRUCTIONS

| X | Schedule plea hearing for guilty plea | at 1:00 p.m. |

| | Issue Arrest Warrant upon signing of Order |

| | Issue Summons for Initial Appearance on: | at |

| | Interpreter Needed | Language |

FILED

FEB 1 4 2020

## DEFENDANT INFORMATION

U.S. DISTRICT COURT DISTRICT OF DELAWARE

Defendant's Address:

City:              County:              State:              Zip:

Date of Arrest:              Date of 1st Appearance in this District

Bail Set:              Date Made:              Remains in Federal Custody | X |

*/s/ Ruth Mandelbaum*
Assistant United States Attorney